UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT A. CHIULLI, JR.  )
    Plaintiff )
         )      CIVIL ACTION NO.:
v. )
         )
NEWBURY FINE DINING, INC. )
d/b/a SONSIE'S RESTAURANT and )
JOHN DOE (alias), )      MAGISTRATE JUDGE Bowler
    Defendants. )
         )

**10 CA 10488 NG**

## NOTICE OF REMOVAL

NOW COMES the defendant, Newbury Fine Dining, Inc., d/b/a Sonsie's Restaurant, (hereinafter Defendant), and pursuant to 28 U.S.C. sections 1441 and 1446 hereby remove the below-identified Superior Court proceeding to the United States District Court, District of Massachusetts, Eastern Division.

As grounds herefor, the Defendant states the following:

1. The Defendant described herein is currently a defendant in a Massachusetts Superior Court action between the above-stated parties that is identified by Superior Court docket number SUCV2010-00437, currently pending in Suffolk Superior Court;

2. The Defendant received service of the Complaint in the Superior Court action on February 22, 2010 and is making this Petition for Removal within the 30-day period for doing so, pursuant to 28 U.S.C. 1446;

3. The Plaintiff is a resident of the State of Connecticut and the Defendant Newbury Fine Dining, Inc., d/b/a Sonsie's Restaurant, is a resident of the Commonwealth of Massachusetts. The co-defendant, John Doe, has not been identified as of the time of this filing.

4. The United States District Court has jurisdiction over this claim pursuant to 28 U.S.C. 1332, as no known defendant is a resident of the State of Connecticut, the Plaintiff's state of domicile.

5. The United Stated District Court, District of Massachusetts, Eastern Division is the appropriate venue for this proceeding, as all known defendants to this action are located within Suffolk county. All pleadings filed in the Superior Court action to date have been attached hereto as "Exhibit 1";

6. On the date of this filing, a copy of the same will be served upon all adverse parties, and a copy of this Notice and the associated pleadings will be filed with the Clerk of Suffolk Superior Court.

Dated:
March 22, 2010

Respectfully submitted,
The defendant, Newbury Fine Dining, Inc.,
d/b/a Sonsie's Restaurant,
By its attorney,

*[signature]*

H. Charles Hambelton (218560)
Sharmili P. Das (646306)
Gibson & Behman, P.C.
1 Mountain Road
Burlington, MA 01803
781-229-6667
SDas@gibsonbehman.com
CHambelton@gibsonbehman.com