UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT A. CHIULLI, JR., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:10-10488-JLT |
| | * | |
| NEWBURY FINE DINING, INC. | * | |
| d/b/a/ SONSIE'S RESTAURANT and | * | |
| THE LYONS GROUP LTD, | * | |
| GARRETT BURGESS aka | * | |
| GARRETT REASE, JEFFREY REIMAN, | * | |
| and VICTOR TORZA, | * | |
| | * | |
| Defendants. | * | |

ORDER

November 10, 2011

TAURO, J.

After a Scheduling Conference held on November 10, 2011, this court hereby orders that:

1. Defendants' Motion to Compel Supplemental Discovery Requests [#23] is ALLOWED.

2. Plaintiff's Motion to Compel Employment Files of Key Witnesses [#26] is DENIED AS MOOT. Defendant must provide Plaintiff with the remaining employment documents as stated in open court by **November 16, 2011**.

3. Defendants' Motion to Compel Rule 35 Examinations of Plaintiff [#35] is DENIED AS MOOT. Plaintiff must appear for his interview and neurological testing by Defense Expert Dr. Hebben as scheduled on December 15 and

December 16, 2011.  These sessions will be videotaped, and the videotape will be made available to Plaintiff's Counsel.  Plaintiff will provide Defendants with all notes produced during Plaintiff's Expert's neuropsychological evaluation of Plaintiff.

4. Plaintiff will appoint trial experts and will provide all expert affidavits to Defendants by **December 30, 2011**.

5. Defendants will appoint trial experts and will provide all expert affidavits to Plaintiff by **February 29, 2012**.

6. A Final Pretrial Conference is scheduled for **March 6, 2012**.

IT IS SO ORDERED.

                                                                     /s/ Joseph L. Tauro  
                                                    United States District Judge